# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO WHEELER, *et al.*, <br><br>　　Plaintiffs, <br><br>v. <br><br>ASTRAL HOTELS LAS VEGAS INC., *et al.*, <br><br>　　Defendants. | Case No. 2:24-cv-00564-JAD-NJK <br><br>**ORDER** |

Plaintiffs are proceeding in this action *pro se* and submitted a complaint to initiate this case. Docket No. 1. Plaintiffs have not, however, paid the required filing fee or requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. To proceed with this case, Plaintiffs must either pay the filing fee or must each file an application to proceed *in forma pauperis*.

Accordingly, **IT IS ORDERED:**

1. Plaintiffs must either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file complete applications to proceed *in forma pauperis*.

2. The Clerk of the Court shall send each Plaintiff the short form application to proceed *in forma pauperis* by a non-prisoner,

Plaintiffs must comply with this order no later than April 22, 2024. Failure to comply will result in a recommendation to the District Judge that this case be dismissed.

IT IS SO ORDERED.

Dated: March 25, 2024

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge