UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO WHEELER, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>ASTRAL HOTELS LAS VEGAS, INC., *et al.*,<br><br>    Defendants. | Case No. 2:24-cv-00564-JAD-NJK<br><br>**ORDER ADOPTING REPORT & RECOMMENDATION AND DISMISSING CASE**<br><br>ECF Nos. 2, 5, 7 |

On September 23, 2024, the magistrate judge entered this report and recommendation:

On August 22, 2024, the Court ordered Plaintiff Antonio Wheeler to show cause in writing why the underlying case should not be dismissed for lack of subject matter jurisdiction. Docket No. 18. Plaintiff failed to do so. The Court expressly warned "**FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN DISMISSAL OF THIS CASE.**" *Id.* (emphasis added). To date, Plaintiff has failed to comply with that order.

Plaintiff has disobeyed the Federal Rules of Civil Procedure and the Court's orders requiring that the Court has a duty to ensure it has subject matter jurisdiction over the dispute before it. Plaintiff's failure to establish subject matter jurisdiction and his disobedience of the Court's orders are abusive litigation practices that have interfered with the Court's ability to hear this case, delated litigation, disrupted the Court's timely management of its docket, wasted judicial resources, and threatened the integrity of the Court's orders and the orderly administration of justice. Sanctions less drastic than dismissal are unavailable because Plaintiff has refused to comply with the orders of this Court notwithstanding the warning that case-dispositive sanctions may be imposed.

Accordingly, in light of the circumstances outline above, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice.

### ORDER ADOPTING REPORT & RECOMMENDATION

The deadline for any party to object to this recommendation was October 7, 2024, and no party filed anything or asked to extend the deadline to do so.  "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  Having reviewed the report and recommendation, I find good cause to adopt it, and I do.  IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 7] is ADOPTED** in its entirety, **THIS CASE IS DISMISSED,** and all pending motions and applications **[ECF Nos. 2, 5] are DENIED** as moot.  The Clerk of Court is directed to **ENTER JUDGMENT accordingly and CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 8, 2024