UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Antonio Wheeler, et al., | Case No. 2:24-cv-00564-JAD-NJK |
|     Plaintiffs | |
| v. | **Order Denying Motions** |
| Astral Hotels Las Vegas, Inc., et al., | ECF Nos. 10, 11 |
|     Defendants | |

Last October, I dismissed and closed this case for lack of subject-matter jurisdiction on the recommendation of the magistrate judge.[1] That dismissal came after the plaintiffs failed to respond to this court's order directing them to show cause why this case should not be dismissed on that basis.[2] Plaintiff Antonio Wheeler has now filed in this closed case a motion "to extend [his] 2-year time frame" in six different lawsuits he has filed, to reopen this case, to grant him *in forma pauperis* status, and to give him free copies of all the filings in his cases.[3] Because this case is closed and Wheeler has not demonstrated any legal basis to reopen it and grant the additional relief he is requesting,

IT IS ORDERED that **Wheeler's motions [ECF No. 10, 11] are DENIED.** Wheeler is advised that he may not file any further motions in this case except a properly

---

[1] ECF No. 8.
[2] ECF No. 6.
[3] ECF Nos. 10, 11

1

supported motion for FRCP 60 relief.

_____
U.S. District Judge Jennifer A. Dorsey
March 6, 2025